## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Genz-Ryan Plumbing and Heating Co., | Court File No. 18-cv-1905 JNE/BRT |
| Plaintiff, | **DEFENDANT'S RULE 7.1(F) CERTIFICATE OF COMPLAINCE** |
| v. | |
| Weyerhaeuser NR Company, | |
| Defendant. | |

I, Jamal Faleel, certify that Weyerhaeuser NR Company's Memorandum of Law in Support of Defendant's Motion to Dismiss Counts II and III Pursuant to F.R.C.P. 12(b)(6) ("Memorandum") complies with the limits of Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the above document, I used Microsoft® Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Memorandum contains 2,495 words.

Dated: July 26, 2018    */s/ S. Jamal Faleel*
S. Jamal Faleel (MN. Bar No. 320626)
BLACKWELL BURKE P.A.
431 S 7th St Ste 2500
Minneapolis, MN 55415
Tel: 612-343-3200
Fax: 612-343-3205
Email: jfaleel@blackwellburke.com

***Attorneys for Defendant Weyerhaeuser NR Company***