## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Genz-Ryan Plumbing and Heating Co., | Court File No. 18-cv-1905 JNE/BRT |
| Plaintiff, | |
| v. | **DECLARATION OF S. JAMAL FALEEL IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COUNTS II AND III PURSUANT TO F.R.C.P. 12(b)(6)** |
| Weyerhaeuser NR Company, | |
| Defendant. | |

I, S. Jamal Faleel, hereby declare as follows:

1. I am an attorney at the law firm of Blackwell Burke P.A., and I represent defendant Weyerhaeuser NR Company in this matter.

2. I submit this Declaration in support of Defendant Weyerhaeuser NR Company's Motion to Dismiss the Second Amended Complaint.

4. Attached as Exhibit A is a true and correct copy of the Indemnification and Release dated December 14, 2017, between Plaintiff Genz-Ryan Plumbing and Heating Co., and Defendant Weyerhaeuser NR Company.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Minneapolis, Minnesota this 26th day of July, 2018.

s/ *S. Jamal Faleel*
S. Jamal Faleel