UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Genz-Ryan Plumbing and Heating Co., | Civil File No.: 18-CV-1905 (JNE/BRT) |
| Plaintiff, | |
| v. | **LOCAL RULE 7.1 CERTIFICATION OF COMPLIANCE** |
| Weyerhaeuser NR Company, | |
| Defendant. | |

_____

The undersigned hereby certifies that that Plaintiff's Memorandum of Law in Response to Defendant's Motion to Dismiss Counts II and III of Plaintiff's Complaint complies with Local Rules 7.1(f) and 7.1(h).  The combined number of words in Plaintiff's memorandum totals 2,268 consisting of all text including headings, footnotes, and quotations, and was determined using the word processing program used in preparing the same: Microsoft Word for Mac 2011.

|  |  |
|---|---|
|  | **DROEL, PLLC** |
| Date: August 3, 2018 | /s/ J. Matthew Berner_____ |
|  | Tim L. Droel (#338758) |
|  | J. Matthew Berner (#0293167) |
|  | 7900 Xerxes Avenue South, Suite 1930 |
|  | Bloomington, Minnesota 55431 |
|  | Telephone: (952) 835-1614 |
|  | Facsimile: (952) 835-1737 |
|  | tdroel@droellaw.com |
|  | jberner@droellaw.com |
|  |  |
|  | **ATTORNEYS FOR PLAINTIFF GENZ-RYAN PLUMBING AND HEATING CO.** |