## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Genz-Ryan Plumbing and Heating Co., | Case No.: 18-cv-1905 JNE/BRT |
| Plaintiff, | **DEFENDANT'S RULE 7.1(f) CERTIFICATE OF COMPLIANCE** |
| v. | |
| Weyerhaeuser NR Company, | |
| Defendant. | |

I, Jamal Faleel, certify that Weyerhaeuser NR Company's Reply In Support of Defendant's Motion to Dismiss Counts II and III Pursuant to F.R.C.P. 12(b)(6) ("Reply") complies with the limits of Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that the above document and Weyerhaeuser Company NR's Memorandum in Support of Defendant's Motion to Dismiss Counts II and III Pursuant to F.R.C.P. 12(b)(6) combined, contain 4,760 words exclusive of their captions, signature blocks, and certificates of compliance with Local Rule 7.1(f).

Dated:   August 17, 2018.

s/ S. Jamal Faleel
S. Jamal Faleel, Esq. (#0320626)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
(612) 343-3200
(612) 343-3205 (facsimile)
jfaleel@blackwellburke.com

*Attorneys for Defendant*

1