**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| Genz-Ryan Plumbing and Heating Co., | Civil File No.: 18-CV-1905 (JNE/BRT) |
| Plaintiff, | |
| v. | **LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE** |
| Weyerhaeuser NR Company, | |
| Defendant. | |

_____

The undersigned hereby certifies that Plaintiff Genz-Ryan Plumbing and Heating Co.'s Motion for Sanctions complies with Local Rule 7.1(f) and 7.1(h). The number of words in Plaintiff Genz-Ryan Plumbing and Heating Co.'s Motion for Sanctions totals 5,269 consisting of all text including headings, footnotes, and quotations, and was determined using the word processing program used in preparing Plaintiff Genz-Ryan Plumbing and Heating Co.'s Motion for Sanctions: Microsoft Word for Mac 2011.

|  |  |
|---|---|
|  | **DROEL, PLLC** |
| Dated: August 29, 2018 | /s/ J. Matthew Berner<br>Tim L. Droel, Esq., #338758<br>J. Matthew Berner, Esq., #0293167<br>7900 Xerxes Ave. South, Ste. 1930<br>Bloomington, Minnesota 55431<br>Telephone: 952-835-1614<br>Facsimile: 952-835-1737<br>tdroel@droellaw.com<br>jberner@droellaw.com<br><br>**ATTORNEYS FOR PLAINTIFF GENZ-RYAN PLUMBING AND HEATING CO.** |