

S. Jamal Faleel  
Direct Dial:  612.343.3238  
E-Mail:  jfaleel@blackwellburke.com

**VIA ECF FILING**

October 9, 2018

The Honorable Joan N. Ericksen  
District Judge, District of Minnesota  
12 W U.S. Courthouse  
300 South Fourth Street  
Minneapolis, MN 55415

RE:   *Genz-Ryan Plumbing and Heating Co. v. Weyerhaeuser NR Company*  
       Case No. 18-cv-1905 JNE/BRT

Dear Judge Ericksen:

Defendant Weyerhaeuser NR Company ("Defendant") writes to submit the Eighth Circuit Court of Appeals' decision in, *Loftness Specialized Farm Equipment, Inc. v. Twiestmeyer*, 742 F.3d 845, 853-55 (8th Cir. 2014), as supplemental authority in support of Defendant's Motion to Dismiss Counts II and III (Dkt No. 10), and Defendant's Response to Plaintiff's Motion for Sanctions (Dkt. No. 25).

Very truly yours,

*s/ S. Jamal Faleel*

S. Jamal Faleel  
SJF:sl